IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-2022-MSK-CBS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2033 ORCHARD PLACE, FORT COLLINS, COLORADO,

$5,800.00 IN UNITED STATES CURRENCY,

        Defendants.

_____

FINAL ORDER OF FORFEITURE
_____

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action in rem pursuant to 21 U.S.C. §881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and sole claimant Anthony Serafin have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

THAT no other claims to defendant 2033 Orchard Place, Fort Collins, Colorado (defendant "Real Property") or defendant $5,800.00 in United States Currency have been filed;

THAT upon agreement of the parties, claimant Anthony Serafin has paid to the United States, $35,000.000 to be forfeited in lieu of defendant Real Property;

THAT upon agreement of the parties, the $35,000.00 paid by claimant Anthony Serafin and defendant $5,800.00 in United States Currency shall be forfeited to the United States and

disposed of in accordance with law;

THAT upon agreement of the parties, defendant Real Property shall be dismissed and the United States shall promptly record a Release of Lis Pendens in the property records of Larimer County, Colorado; and

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. §881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT judgment of forfeiture of $35,000.00 paid by claimant Anthony Serafin and defendant $5,800.00 in United States Currency shall enter in favor of the United States; the United States shall have full and legal title to the forfeited $35,000.00 and $5,800.00 in United States Currency, and may dispose of them in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement; defendant Real Property is hereby dismissed; and the Clerk of the Court shall close this case; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to defendant Real Property and defendant $5,800.00 in United States Currency pursuant to 28 U.S.C. §2465.

Dated this 28th day of April, 2008

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge